

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| FRANTZ PIERRE, | § | No. 08-25-00168-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| MARY AGUILAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2025DCV0542) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 7th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.